WALTER SCHEIRER *v.* FRENISH, INC., ET AL.

*Alexander Scheirer,* in support of the petition.

*Francis P. Alvarez* and *Christina L. Calise,* in opposition.

Decided March 2, 2000

STATE OF CONNECTICUT *v.* ANDREA JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 264 (AC 18439), is denied.

*Francis A. Miniter,* in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided March 2, 2000

WILLIAM F. BENNETT *v.* CONNECTICUT
HOSPICE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 134 (AC 18765), is denied.